## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

**DATE:** 1/14/04

**NAME OF SERVER (PRINT):** Jodi Goodwin

**TITLE:** Attorney

United States District Court
Southern District of Texas
FILED

FEB 0 5 2004

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CMRRR 7002 0510 0004 1763 2572

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/14/04

Signature of Server

Address of Server: 1322 E. Tyler Ave, Harlingen, TX 78550

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.