UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EFRAIN GARCIA MONTALVO | * |
| | * |
| VS. | *CIVIL NUMBER B-04-007 |
| | * |
| A.G. WINFREY, ET AL | * |

## CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE BLACK:

Pursuant to the Order for Conference and Disclosure of Interested Parties, Petitioner, Efrain Garcia Montalvo, submits this his list of Interested Parties:

1)   Efrain Garcia Montalvo

2)   Jodi Goodwin

Respectfully submitted,

LAW OFFICE OF JODI GOODWIN
1322 East Tyler Avenue
Harlingen, Texas 78550
TEL/ (956) 428-7212
FAX/ (956) 428-7360

JODI GOODWIN
State Bar No. 00793835
Federal Bar No. 20102
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, JODI GOODWIN, hereby certify that a true and correct copy of the foregoing Certificate of Interested Persons was hand-delivered to Nancy Masso, Assistant United States

Attorney, 600 E. Harrison Street, Brownsville, Texas, on the 5th day of February, 2004.

_____
JODI GOODWIN
Attorney at Law