IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 5 2004

Michael N. Milby, Clerk

| | |
|---|---|
| EFRAIN GARCIA MONTALVO, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | BM-04-007 |
| A. G. WINFREY, INTERIM FIELD § | |
| OFFICE DIRECTOR BICE, § | |
| JOHN ASCROFT U.S. ATTORNEY § | |
| GENERAL § | |
| § | |
| Respondent. § | |

## UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE RESPONDENT'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, A.G. Winfrey, Interim Field Office Director BICE and John Ascroft, United States Attorney Ganeral, Respondents herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and requests leave of Court to file its RESPONDENT'S CERTIFICATE OF INTERESTED PARTIES. The United States of America submits the following as grounds for granting this motion:

1. Counsel for the Respondent had previously understood that in habeas corpus proceedings that certificates of interested parties were not required.

2. Respondent's answer date has yet to arrive, this case is currently in abeyance and the interested parties could therefore still be affected.

3. Respondent's Certificate of Interested Parties was prepared, however as the answer date has yet to arrive, said list could be altered.

4. The United States asks this Court to allow file this RESPONDENT'S CERTIFICATE OF INTERESTED PARTIES.

5. This motion is being made without the intent or purpose of dely.

WHEREFORE, PREMISES CONSIDERED, the United States of America prays that the Court grant leave to file its RESPONDENT'S CERTIFICATE OF INTERESTED PARTIES in the above-entitled and numbered cause.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

STEVEN SCHAMMEL
Assistant United States Attorney
1701 W. Business 83, Suite 600
McAllen, Texas 78520
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990

## CERTIFICATE OF CONFERENCE

Counsel for the Petitioner was contacted and the parties are in agreement with this motion.

STEVEN SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing RESPONDENT'S CERTIFICATE OF INTERESTED PARTIES was mailed to the following:

**VIA CERTIFIED MAIL, RETURN-RECEIPT REQUESTED:**

Ms. Jodilynn Marie Goodwin
Attorney at Law
1332 E. Tyler
Harlingen, Texas 78550

on this the 25th day of February, 2004.

STEVEN SCHAMMEL
Assistant United States Attorney

Page 2 of 3