**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

United States District Court
Southern District of Texas
ENTERED

APR 0 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| EFRAIN GARCIA MONTALVO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | M-04-007 |
| A. G. WINFREY, INTERIM FIELD | § | |
| OFFICE DIRECTOR BICE, | § | |
| JOHN ASCROFT U.S. ATTORNEY | § | |
| GENERAL | § | |
| | § | |
| Respondent. | § | |
| | § | |

## ORDER GRANTING LEAVE TO FILE
## RESPONDENT'S CERTIFICATE OF INTERESTED PARTIES

A.G. Winfrey, Interim Field Office Director BICE and John Ascroft, United States
Attorney Ganeral have filed a motion asking for an order granting leave to file its
RESPONDENT'S CERTIFICATE OF INTERESTED PARTIES.  Having considered the
motion, the Court finds that the United States should be permitted to file its RESPONDENT'S
CERTIFICATE OF INTERESTED PARTIES and that justice requires that leave to file be
**GRANTED**.  Therefore,

IT IS ORDERED that the United States be **GRANTED** leave to file its
RESPONDENT'S CERTIFICATE OF INTERESTED PARTIES and the Clerk is directed to
accept and file the RESPONDENT'S CERTIFICATE OF INTERESTED PARTIES attached to
the United States of America's motion in the referenced proceeding.

DONE on this the _6_ day of _APRIL_____, 2004 in McAllen, Texas.

_____
HON. JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE

Page 3 of 3