IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

APR 05 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EFRAIN GARCIA MONTALVO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | B-04-007 |
| A. G. WINFREY, INTERIM FIELD | § | |
| OFFICE DIRECTOR BICE, | § | |
| JOHN ASCROFT U.S. ATTORNEY | § | |
| GENERAL | § | |
| | § | |
| Respondent. | § | |
| | § | |

RESPONDENT'S CERTIFICATE OF INTERESTED PARTIES[1]

A. G. WINFREY, Interim Field Office Director BICE and JOHN ASCROFT United States Attorney General files this instant statement that the only persons, firms, partnerships, corporations, affiliations or other entities that are financially interested in the outcome of this litigation are themselves, in their official capacity as the Interim Field Office Director BICE and United States Attorney General, respectively.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

STEVEN T. SCHAMMEL
Assistant United States Attorney

---

[1] As the answer original date for the Respondent has yet to arrive and as this case is now abated by Respondent's Unopposed Motion to Hold in Abayance, the respondent may need to amend its certificate at a later date.

                                      1701 W. Highway 83, Suite 600
                                      McAllen, TX 78550
                                      (956) 618-8010/FAX (956) 618-8016
                                      State Bar No. 24007990
                                      Federal I.D. No. 23180

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

    Ms. Jodilynn Marie Goodwin
    Attorney at Law
    1332 E. Tyler
    Harlingen, Texas 78550

on this the 25th day of February, 2004.

                                        STEVEN T. SCHAMMEL
                                        Assistant United States Attorney

cc:    Lisa Putnam
        Agency Counsel, BICE
        P.O. Box 1711
        Harlingen, TX 78551