United States District Court
Southern District of Texas
FILED

JUL 0 1 2005

Michael N. Milby
Clerk of Court

IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EFRAIN GARCIA MONTALVO<br>Petitioner,<br><br>v.<br><br>A.G. WINFREY, INTERIM FIELD OFFICE DIRECTOR,<br>BUREAU OF IMMIGRATION AND CUSTOMS<br>ENFORCEMENT, and<br>JOHN ASHCROFT,<br>UNITED STATES ATTORNEY GENERAL,<br>Respondents. | C.A. No. B-04-7 |

**PETITIONER'S NOTICE OF NON-OPPOSITION TO RESPONDENT'S
MOTION TO TRANSFER CASE TO THE FIFTH CIRCUIT**

COMES NOW the petitioner, Efrain García Montalvo, by and through his undersigned attorney Jodi Goodwin, and hereby notifies this Court that he has no opposition to the Motion to Transfer this matter to the Fifth Circuit.

Respectfully submitted,

_____
Jodilyn M. Goodwin, Esq.
1322 East Tyler
Harlingen, Texas, 78550
956-428-7212
956-428-7360(FAX)
Federal Id: 20102
Texas State Bar: 00793835

1

## CERTFICATE OF SERVICE

I, Jodilyn M. Goodwin, certify that today, __July 1__ 2005, a copy of the non-opposition to Motion to Transfer writ of habeas corpus, was served upon SAUSA Rene Benavides, by placing the same in the U.S. mail, postage prepaid, and addressed as follows:

United States Attorney's Office
Southern District of Texas
Bentsen Tower, Suite 600
1701 W. Highway 83
McAllen, Texas 78501

_____
Jodilyn M. Goodwin, Esq.